IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No.: 4: 10-CR-8-1F

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CORNELL BREON RILLEY HARPER, | ) | ORDER |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the undersigned Judge on motion of the Defendant, *Cornell Breon R. Harper*, through counsel, to Unseal Presentence Report for Purposes of Preparing Brief; and it appearing to the Court that said Motion should be allowed;

IT IS NOW ORDERED that the Presentence Report in this matter be unsealed for purposes of preparing brief of the Defendant, CORNELL BREON RILLEY HARPER.

This *14th* day of *October*, 2010.

*James C. Fox*
United States District Judge